FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 1 3 2016

JAMES W. McCORMACK, CLERK
By:/s/ illegible
      DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HEATHER R. BLACKWELL &
STORMEY GALE C. MCMASTER                                    PLAINTIFFS

v.                          CASE NO. 4:14-CV-00685 BSM

PARAMOUNT PETROLEUM, LLC &
ASHWINI GUPTA                                               DEFENDANTS

### VERDICT FORM B: STORMEY MCMASTER

You should use this form only if you find that Awis Quadri was NOT plaintiff Stormey McMaster's supervisor as described in Instruction No. 11.

1.) Do you find that Paramount Petroleum, LLC/Ashwini Gupta employed 15 or more persons as described in Instruction No. 8? __N O__.

**If your answer to question number 1 yes, proceed to question number 2. If your answer is no, you should not proceed any further and have your foreperson sign the verdict as to Stormey McMaster.**

2.) On Stormey McMaster's claim that she was constructively terminated as described in Instruction No. 10, we find in favor of:

_____

(Plaintiff Stormey McMaster)    or    (Defendants Paramount
                                       Petroleum/Ashwini Gupta)

3.) On Stormey McMaster's claim that she was sexually harassed as described in Instruction Nos. 13, we find in favor of:

_____

(Plaintiff Stormey McMaster)    or    (Defendants Paramount
                                       Petroleum/Ashwini Gupta)

29

**Answer question number 4 only if you have found for plaintiff Stormey McMaster on questions 2 or 3. If your findings on questions number 2 and 3 are both for defendants Paramount Petroleum and Ashwini Gupta, you should leave question 4 blank and have your foreperson sign and date the verdict as to plaintiff Stormey McMaster.**

4.) We find plaintiff Stormey McMaster is entitled to the following amount of damages:

a. Actual damages, as described in Instruction No. 15, $ _____. If you find nominal damages are appropriate, you should write $1.00 in the blank.

Of this amount of actual damages, you must allocate that amount based on your findings below:

      i. Lost wages and benefits: $_____

      ii. Other damages, excluding lost wages and benefits: $_____

b. Punitive damages, as described in Instruction No. 17, $_____.

_Jason Muncy_
Foreperson

Dated: 12/13/16

30