IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**HEATHER R. BLACKWELL and**             **PLAINTIFFS**
**STORMEY GALE C. MCMASTER**

**vs.**          **CASE NO. 4:14CV00685 BSM**

**PARAMOUNT PETROLEUM LLC and**        **DEFENDANTS**
**ASWHINI GUPTA**

## JUDGMENT

Pursuant to the jury verdict returned on December 13, 2016, following two days of trial, in favor of defendants Paramount Petroleum LLC and Aswhini Gupta;

IT IS ORDERED, ADJUDGED AND DECREED that judgment is rendered for defendants, and that plaintiffs' claims are dismissed with prejudice.

IT IS SO ORDERED this 15th day of December 2016.

_____
UNITED STATES DISTRICT JUDGE